**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**JACINTO MARTINEZ-BAUTISTA, et al.,**                                   **PLAINTIFFS**

**v.**                    **CASE NO. 4:04-CV-710 GTE**

**D&S PRODUCE, ESTER DOOLITTLE**
**and EARLEE ARMSTRONG**                                                 **DEFENDANTS**

## JUDGMENT

For the reasons set forth in the Order granting Plaintiffs' Motion for Summary Judgment and Plaintiff's Motion for Default Judgment entered on even date herewith,

IT IS CONSIDERED, ORDERED, AND ADJUDGED that JUDGMENT in the amount of $1429.20 be, and it is hereby entered in favor of the Plaintiff Martinez Bautista and against Defendants D&S Produce, Ester Doolittle, and Earlee Armstrong, jointly and severally.

IT IS FURTHER CONSIDERED, ORDERED, AND ADJUDGED that JUDGMENT in the amount of $1439.20 be, and it is hereby entered in favor of each of the Plaintiffs Effias Hernandez-Ponce, Abundio Hernandez-Hernandez, Eugenio Hernandez-Salguero, Guadalupe Hernandez-Hernandez, Jose Felipe Hernandez-Hernandez, Leocadio Hernandez-Gonzalez, Pablo Hernandez-Hernandez, Fidel Martinez-Hernandez, Petronilo Oliveros-Trejo, Tomas Ponce-Alvarado, Jorge Rosales-Hernandez, and Sotero Santiago-Martinez and against Defendants D&S Produce, Ester Doolittle, and Earlee Armstrong, jointly and severally.

Dated this 25th day of August, 2006.

_/s/ Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE